UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUPREME FOODSERVICE GMBH, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>FLUOR INTERCONTINENTAL, INC.,<br><br>Defendant. | CASE NO. CV11-08803 SVW (FFMx)<br><br><br><br>[PROPOSED] FINAL JUDGMENT |

On October 24, 2011, Plaintiff Supreme Foodservice GmbH ("Supreme") filed its original complaint in this action. Supreme filed a First Amended Complaint on June 26, 2012, alleging eleven Claims for Relief. Defendant Fluor Intercontinental, Inc. ("Fluor") filed its Answer and Amended Counterclaims on July 25, 2012, alleging seven Counterclaims against Supreme.

On August 17, 2012, Fluor filed a Motion for Summary Judgment (the "Motion") as to Supreme's First, Second, Third, Fourth, Sixth, Seventh, Eighth and Ninth Claims for Relief, and as to Fluor's Sixth Counterclaim.

On September 25, 2012, the Court issued an Order Granting In Part And Denying In Part Fluor's Motion. The Court granted Fluor's Motion as to Supreme's First, Second, Fourth, Seventh and Ninth Claims for Relief, and Fluor's Sixth

1

Counterclaim; and the Court denied Fluor's Motion as to Supreme's Third, Sixth and Eighth Claims for Relief.

On September 27, 2012, and pursuant to Fluor's Ex Parte Application, the Court issued an Order dismissing without prejudice Fluor's Second, Third, Fourth, and Fifth Counterclaims.

On October 1, 2012, and pursuant to Fluor's motion made during a Status Conference on that date, the Court issued an Order dismissing without prejudice Fluor's First and Seventh Counterclaims.

On October 18, 2012, and pursuant to Supreme's Ex Parte Application, the Court issued an Order dismissing without prejudice Supreme's Third, Fifth, Tenth and Eleventh Claims for Relief.

On February 7, 2012, and pursuant to a joint stipulation of the parties, the Court issued an Order dismissing the remaining claims, Supreme's Sixth and Eighth Claims for Relief.

Based on the foregoing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment be entered in favor of Fluor and against Supreme as to Supreme's First, Second, Fourth, Seventh and Ninth Claims for Relief, and as to Fluor's Sixth Counterclaim; and

2. Fluor shall be entitled to recover its costs as permitted by applicable law.

IT IS SO ORDRED.

Dated: February 25, 2013

By: _____
HON. STEPHEN V. WILSON
United States District Judge